United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK YANDOW,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY, et al.,<br>Defendants. | Case No. 25-cv-08174-BLF<br><br>**ORDER DISMISSING RAZZARI WITH PREJUDICE** |

Having found Razzari fraudulently joined, *see* ECF No. 54, the Court dismisses Razzari with prejudice. *See Isaacs v. Broido*, 358 F. App'x 874, 876 (9th Cir. 2009) ("[A] fraudulent joinder finding compels dismissal of the 'sham defendants.'").

**IT IS SO ORDERED.**

Dated: November 23, 2026

BETH LABSON FREEMAN
United States District Judge